# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCOS J. BARRIOS-GAYTAN,<br><br>Defendant. | Case No. 19-CR-520 BAS<br><br>**JUDGMENT AND ORDER DISMISSING WITHOUT PREJUDICE** |

Based on the motion of the United States to dismiss the indictment without prejudice, and in light of the interests of justice, it is hereby ordered that the indictment in the above-entitled action be dismissed without prejudice.

**SO ORDERED.**

Dated: August 27, 2021

HON. CYNTHIA BASHANT
United States District Judge